IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

Charles Hicks #246241 )
_____ )
Full name and prison number )
of plaintiff(s) )
 )
v. )
 )
Ala. Dept. of Corrections Richard Allen )
ET, AL Warden John Cummins ET, AL )
Frank Lee Youth Center )
P.O. Box 220410 )
Deatsville, AL 36022 )
_____ )
Name of person(s) who violated )
your constitutional rights. )
(List the names of all the )
persons.) )

RECEIVED

2006 DEC 22 A 10: 12

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DIST. ALA.

CIVIL ACTION NO. 2:06-CV-1134-MHT
(To be supplied by Clerk of
U.S. District Court)

I. PREVIOUS LAWSUITS
   A. Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action? YES (✓) NO ( )

   B. Have you begun other lawsuits in state or federal court relating to your imprisonment? YES (✓) NO ( )

   C. If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

   1. Parties to this previous lawsuit:

      Plaintiff(s) Charles Hicks #246241

      Defendant(s) Ala. Dept. of Corr. Commissioner Richard Allen ET, AL Warden John Cummins ET, AL, Prison Health Services

   2. Court (if federal court, name the district; if state court, name the county) Middle

3. X Docket number _____ No. 2:06-CV-990-MEF

4. Name of judge to whom case was assigned _____
   Charles S Coody

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) Still pending

6. Approximate date of filing lawsuit November 6, 2006

7. Approximate date of disposition _____

II. PLACE OF PRESENT CONFINEMENT Frank Lee Youth Center, P.O. Box 220410, Deatsville, AL 36022

PLACE OF INSTITUTION WHERE INCIDENT OCCURRED Frank Lee Youth Center, P.O.B. 220410, Deatsville, AL 36022

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.
    NAME                                          ADDRESS

1. Warden John Cummins, ET, AL        P.O.B. 220410, Deatsville, AL 36022

2. _____

3. _____

4. _____

5. _____

6. _____

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED December 13, 2006, December 12, 2006, December 11, 2006, December 07, 2006

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: Denied Access To The Courts

2

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)

SGT. Langford refused to allow me the opportunity to travel to Staton Correctional Facility, to speak with a Trained Legal Law Clerk, to discuss strategie's and prepare and adequate defense. This occurred at Frank Lee Youth Center, December 07, 11, 12, 13, 2006 I sent in a request twice, then spoke with her in person about this matter.

GROUND TWO: There is no adequate Law Library at F.L.Y.C.

SUPPORTING FACTS: The Law Library at F.L.Y.C. only has the Computer with the Lexis Law Series of Cases. No other material or Book's. In order to receive a Legal Kit, you have to go through a process of putting in a request that might get answered. Then if answered SGT. Langford might call you to get the legal Kit. When she feel like it or has the time.

GROUND THREE: Law Library Clerk can't get proper cooperation from the Staff Governing the S.O.P. for the Library.

SUPPORTING FACTS: Clerk Never can get a response to question's that he doesn't know. Doesn't have carbon paper, typewriter, or orderly quite room for to study. Law Library consist of Regular Library, News-paper Reading Room. All in one.

3

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

Equip the Law Library with the Adequate materials, so and inmate be have proper access to the Courts. Appoint and Officer that has the time and patience Also the concern. Mention the Compliance of the facility

Charles Hicks 246241
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on  12/14/06
(Date)

Charles Hicks 246241
Signature of plaintiff(s)

4