**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Warden John Cummins
Frank Lee Youth Center
P.O. Box 220410
Deatsville, AL 36022

2. Article Number
(Transfer from service label)

7006 2760 0002 8193 0029

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Horace Burks Jr.
☐ Agent
☐ Addressee

B. Received by ( Printed Name )
Horace Burrows Jr.

C. Date of Delivery
1/11/07

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

2:06CV1134
C & S of proc

3. Service Type
☐ Certified Mail   ☐ Express Mail
☐ Registered      ☐ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

Domestic Return Receipt

102595-02-M-1540