**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Richard Allen, Commissioner
Alabama Department of Corrections
50 Ripley Street, 3rd Floor
Montgomery, AL 36130

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X *Ray P. Hope*  ☐ Agent  ☐ Addressee

B. Received by ( Printed Name )  C. Date of Delivery 1/16/07

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

   2:06CV1134
   C + 8 of P        40

3. Service Type
   ☐ Certified Mail     ☐ Express Mail
   ☐ Registered         ☐ Return Receipt for Merchandise
   ☐ Insured Mail       ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number  7006 2760 0002 8193 0012
   (Transfer from service label)

Domestic Return Receipt   102595-02-M-1540