In The United States District Court
For the Middle District of Alabama

Charles Hicks (AIS #246241),
  Plaintiff

v.

Alabama Dept. of Corrections
  and
The Prison Health Services,
et al.,
  Defendants

Case No: 2:06-cv-1134-MHT

## Plaintiff Motion To Extend Time To File Special Report.

Comes Now the plaintiff, Charles Hicks, inmate and respectfully requests that this Honorable Court extend the time period which this plaintiff has to file its Answer and Special Report in this action by Thirty (30) days, up to and including March 8, 2007. As grounds for this Motion, Plaintiff shows to the Court as follows:

1. Do to the problem of the law library is being closed now because Sty. Langford has put a pad lock on the Library too keep it closed, I can not use the Law Library at all now.

2. Sty. Langford and Captin Harold Burton, will not allow me and other inmates to go too another Law Library for Legal Law Work.

3. They failed too give inmates adequate use of the Legal Law Library at all here at Frank Lee Youth Center. Sty. Langford lied about the rules and regulations of the Law Library. She is not following the rules at all.

4. Also to give me time to hire an Attorney too represent me.

Wherefore, all premises considered, this Plaintiff respectfully requests a thirty (30) day extension within which to filed its Special Report and Answer, but will use all efforts to try to comply with the Courts Order scheduled date of March 8, 2007.

Respectfully submitted,

Charles Hicks #246241
Frank Lee Youth Center
P.O Box 220410
Deatsville, Al 36022
C Dorm/ Bed #23A

## CERTIFICATE OF SERVICE

I _Charles Hicks_, defendant in the above-styled cause hereby certify that I have on this date served a copy of the foregoing Motion on the Clerk of _Montgomery County_. By placing the same in the United States Mail, postage prepaid and properly addressed, at on this _6th_ day of _March_ 2007.

_Charles Hicks_
Defendant

_Charles Hicks_

Sworn to and subscribed before me this _6th_ day of _March_ 2007.

_Kimberly M Higgins_
(Notary Public)
My Commission Expires: _1/9/09_



Carlos Hicks #246241
Franks Lee Youth Center
P.O. Box 220410
Deatsville, Al 36022
Dorm 1 Bed # 23A

Legal
Mail

Office of the Clerk
United States District Court
Attn: U.S. District Court
P.O. Box 711
Montgomery, Al 36101-0711
Montgomery Court Clerk Office

MONTGOMERY AL 361
09 MAR 2007 PM 1 T