IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CHARLES HICKS, #246241, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:06-CV-1134-MHT |
| | ) |
| RICHARD ALLEN, et al., | ) |
| | ) |
|     Defendants | ) |

**ORDER ON MOTION**

Upon consideration of the motion for extension of time filed by the plaintiff on March 12, 2007 (Court Doc. No. 11), and for good cause, it is

ORDERED that this motion be and is hereby GRANTED to the extent allowed by this order.  It is further

ORDERED that the plaintiff is GRANTED an extension from March 8, 2007 to and including March 28, 2007 to file a response to the defendants' written report in compliance with the order entered on February 16, 2007 (Court Doc. No. 10).  The plaintiff is advised that in filing his response he is not required to include citations to case law or statutes and should only set forth his version of the facts in support of the pending claims.

Done this 13th day of March, 2007.

                                    /s/ Charles S. Coody
                              CHARLES S. COODY
                              CHIEF UNITED STATES MAGISTRATE JUDGE