IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CHARLES HICKS, #246241, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )   CIVIL ACTION NO. 2:06cv1134-MHT |
| | )                      [WO] |
| RICHARD ALLEN, *et al.*, | ) |
| | ) |
|     Defendants. | ) |

**ORDER**

On August 17, 2007, the Magistrate Judge filed a Recommendation (doc. no. 14) in this case to which no timely objections have been filed. Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED that the Recommendation be and is hereby ADOPTED and that this case be and is hereby DISMISSED without prejudice for the Plaintiff's abandonment of his claims, his failure to properly prosecute this action and his failure to comply with the orders of this court.

An appropriate judgment will be entered.

DONE, this the 13th day of September, 2007.

                                              /s/ Myron H. Thompson
                                   UNITED STATES DISTRICT JUDGE